Audra L. Thompson (SBN 218479)
**DUANE MORRIS LLP**
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail: athompson@duanemorris.com

Charlotte E. Thomas (*admitted pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-Mail: cthomas@duanemorris.com

JS-6

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>        Plaintiff,<br><br>    v.<br><br>HRN SERVICES, INC.,<br><br>        Defendant. | Case No.: 2:12-cv-04568-MWF-E<br><br>Hon. Michael F. Fitzgerald<br><br>**ORDER ON STIPULATION RE: DISMISSAL** |

1  **PLEASE TAKE NOTICE** that the Plaintiff MICHAEL F. CONSEDINE,
2  Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official
3  capacity as Statutory Liquidator of Legion Insurance Company and Villanova
4  Insurance Company and Defendant HRN SERVICES, INC., by and through their
5  respective counsel of record, hereby stipulate, pursuant to Federal Rules of Civil
6  Procedure 41(a)(1)(A)(ii), to dismiss the above-entitled action with prejudice with the
7  Court retaining jurisdiction to enforce the terms of the Settlement Agreement entered
8  into among the parties to resolve this dispute.  Each party is to bear its own costs.
9  IT IS SO STIPULATED.

12  Dated:  February 21, 2014            **DUANE MORRIS LLP**

14                                                         By:  /s/ Audra L. Thompson
15                                                              Audra L. Thompson
                                                               Charlotte E. Thomas (Admitted *pro hac vice*)

17  *Attorneys for Plaintiff, Michael F. Consedine,
    Insurance Commissioner of the Commonwealth
    of Pennsylvania, acting in his official capacity
18  as Statutory Liquidator of Legion Insurance
    Company and Villanova Insurance Company*

20                                                         By:  /s/ Jon M. Leader
21                                                              Jon M. Leader

22  *Attorneys for Defendant
    HRN Services Inc.*

**IT IS SO ORDERED.**

DATED: ___February 21, 2014___

[signature]

UNITED STATES DISTRICT JUDGE

2
STIPULATION RE: DISMISSAL